United States District Court
Southern District of Texas
**ENTERED**
April 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CLYDE ROBBINS, JR., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-22-2054 |
| | § | |
| | § | |
| FRANK BISIGNANO, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| *Defendant*. | § | |

**ORDER**

On March 31, 2026, Magistrate Judge Peter Bray recommended that the court deny the pending motion to reopen the case. ECF No. 30. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Plaintiff filed objections. ECF No. 31 The objections are overruled.

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. The motion to reopen the case, ECF No. 25, is **DENIED**.

SIGNED on April 17, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge